State ex rel. Danielson v. Zuehlke, 133 Wis. 677.

STATE EX REL. DANIELSON, Respondent, vs. ZUEHLKE, Appellant.

*November 26—December 13, 1907.*

*State ex rel. Lochschmidt v. Raisler, ante,* p. 672, followed.

This case is in all respects like the preceding case, *State ex rel. Lochschmidt v. Raisler, ante,* p. 672, 114 N. W. 118, except that the office involved is that of register of deeds for Outagamie county; that the total vote as canvassed was 3,469 for defendant as against 3,420 for relator, which included alleged illegal Indian votes canvassed and counted, 71 for defendant and 28 for relator. The same ·order was entered and appeal taken by defendant.

The cause was submitted for the appellant on the brief of *A. M. Spencer* and *Albert H. Krugmeier,* and for the respondent on that· ·of *Joseph Roemer* and *Henry D. Ryan.*

DODGE, J. The considerations controlling the above-mentioned case necessitate the same conclusion in this.

*By the Court.*—Order from which appeal is taken is reversed, and ·cause remanded with directions to sustain the demurrer.

CASSODAY, C. J., took no part.